BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
APR 11 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VALERI KALYUZHNYY,

        Defendants.

CR. NO. 2:13-CR-0131 MCE

**ORDER TO SEAL**
(UNDER SEAL)

SEALED

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Lee S. Bickley to Seal Indictment, this Order and this case, in the above-referenced case, shall be sealed until further order of the Court.

DATED: April 11, 2013

_____
EDMUND F. BRENNAN
United States Magistrate Judge