FILED
May 6, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 )
                                          )   CASE NUMBER: 2:13-cr-00131-MCE
            Plaintiff,                    )
v.                                        )   ORDER FOR RELEASE
                                          )   OF PERSON IN CUSTODY
VALERI KALYUZHNYY,                        )
                                          )
            Defendant.                    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Valeri Kalyuzhnyy; Case 2:13-cr-00131-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　___   Release on Personal Recognizance

　　　___   Bail Posted in the Sum of _____

　　　_X_   Unsecured Appearance Bond in the amount of $50,000, co-signed by wife.

　　　___   Appearance Bond with 10% Deposit

　　　___   Appearance Bond secured by Real Property

　　　___   Corporate Surety Bail Bond

　　　_X_   (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on _____ at _____.

                                    By _____
                                        Allison Claire
                                        United States Magistrate Judge