1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   VALERI KALYUZHNYY
5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,              No. 2:13-CR-00131-MCE

11                         Plaintiff,       **STIPULATION AND ORDER TO
                                            CONTINUE STATUS CONFERENCE,**
12       vs.                               **AND TO EXCLUDE TIME PURSUANT
                                           TO THE SPEEDY TRIAL ACT**
13  VALERI KALYUZHNYY,

14                         Defendant.

15

16                             **STIPULATION**

17

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through his counsel of record, hereby stipulate as follows:

20       1.    By previous order, this matter was set for status on January 23, 2014.

21       2.    By this stipulation, defendant now moves to continue the status

22  conference until June 19, 2014, and to exclude time between January 23, 2014, and

23  June 19, 2014, under Local Code T4.  Plaintiff does not oppose this request.

24       3.    The parties agree and stipulate, and request that the Court find the

25  following:

26       a.    The Government has represented that the discovery associated with this

27  case includes approximately 3,850 pages.  Additionally, over 7,000 pages of discovery

28  has been provided by the Government in two related cases (U.S. v. Mysin, et al.

                                        1

**Stipulation and [Proposed] Order to Continue Status Conference**

1    (Case No. 2:11-CR-00427-LKK) and U.S. v. Beknazarov, et al. (Case No. 2:12-CR-

2    00051-MCE)), and Mr. Hansen needs time to review that discovery, as well.

3          b.      Counsel for defendant desires additional time to review discovery with

4    the defendant, to examine possible defenses and to continue investigating the facts of

5    the case.

6          c.      Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him the reasonable time necessary for effective preparation,

8    taking into account the exercise of due diligence.

9          d.      The Government does not object to the continuance.

10         e.      Based on the above-stated findings, the ends of justice served by

11   continuing the case as requested outweigh the interest of the public and the defendant

12   in a trial within the original date prescribed by the Speedy Trial Act.

13         f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

14   section 3161, et seq., within which trial must commence, the time period of January

15   23, 2014, to June 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.

16   section 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

17   granted by the Court at defendant's request on the basis of the Court's finding that the

18   ends of justice served by taking such action outweigh the best interest of the public

19   and the defendant in a speedy trial.

20         4.      Nothing in this stipulation and order shall preclude a finding that other

21   provisions of the Speedy Trial Act dictate that additional time periods are excludable

22   from the period within which a trial must commence.

23         IT IS SO STIPULATED.

24   Dated:  January 21, 2014                    Respectfully submitted,

25                                               /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
26                                               Attorney for Defendant
                                                 Valeri Kalyuzhnyy
27

28

2

**Stipulation and [Proposed] Order to Continue Status Conference**

1

Dated:  January 21, 2014

2

BENJAMIN B. WAGNER
United States Attorney

3

By:  /s/ Michael E. Hansen for
LEE BICKLEY
Assistant U.S. Attorney
Attorney for Plaintiff

4

5

6

**ORDER**

7

8

IT IS SO ORDERED.

9

Dated:  January 22, 2014

10

11

12

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation and [Proposed] Order to Continue Status Conference**