Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
VALERI KALYUZHNYY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>VALERI KALYUZHNYY,<br><br>            Defendant. | No. 2:13-CR-00131-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on July 31, 2014.

2.  By this stipulation, defendant now moves to continue the status conference until September 25, 2014, and to exclude time between July 31, 2014, and September 25, 2014, under Local Code T4.  Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The Government has represented that the discovery associated with this case includes approximately 3,850 pages.  Additionally, over 7,000 pages of discovery has been provided by the Government in two related cases (U.S. v. Mysin, et al.

1  (Case No. 2:11-CR-00427-LKK) and <u>U.S. v. Beknazarov, et al.</u> (Case No. 2:12-CR-
2  00051-MCE)), and Mr. Hansen needs time to review that discovery, as well.
3      b.  The parties need additional time within which to negotiate a plea
4  agreement.
5      c.  Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny him the reasonable time necessary for effective preparation,
7  taking into account the exercise of due diligence.
8      d.  The Government does not object to the continuance.
9      e.  Based on the above-stated findings, the ends of justice served by
10 continuing the case as requested outweigh the interest of the public and the defendant
11 in a trial within the original date prescribed by the Speedy Trial Act.
12     f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
13 section 3161, et seq., within which trial must commence, the time period of July 31,
14 2014, to September 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.
15 section 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance
16 granted by the Court at defendant's request on the basis of the Court's finding that the
17 ends of justice served by taking such action outweigh the best interest of the public
18 and the defendant in a speedy trial.
19     4.  Nothing in this stipulation and order shall preclude a finding that other
20 provisions of the Speedy Trial Act dictate that additional time periods are excludable
21 from the period within which a trial must commence.
22     IT IS SO STIPULATED.
23 Dated: July 25, 2014                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
Valeri Kalyuzhnyy

26 / /
27 / /
28 / /

**Stipulation and Order to Continue Status Conference**

| | | |
|---|---|---|
| 1 | Dated: July 25, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ Michael E. Hansen for<br>JARED DOLAN |
| 4 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS SO ORDERED.

Dated: July 28, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order to Continue Status Conference