Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
VALERI KALYUZHNYY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:13-CR-00131-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| VALERI KALYUZHNYY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Valeri Kalyuznyy, that the previously-scheduled status conference date of March 26, 2015, be vacated and the matter set for status conference on May 7, at 9:00 a.m.

This continuance is requested because the parties are engaged in ongoing settlement negotiations.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to

1

1   prepare), from the date of the parties' stipulation, March 26, 2015, to and including May

2   7, 2015.

3       Accordingly, the parties respectfully request the Court adopt this proposed

4   stipulation.

5       IT IS SO STIPULATED.

6   Dated:  March 24, 2015             Respectfully submitted,

7                             /s/ Michael E. Hansen

8                             MICHAEL E. HANSEN
                          Attorney for Defendant

9                             BRANDON ROBERTS

10  Dated:  March 24, 2015             BENJAMIN B. WAGNER
                          United States Attorney

11                            By:  /s/ Michael E. Hansen for

12                            JARED DOLAN
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

13

14

15  **ORDER**

16      The Court, having received, read, and considered the stipulation of the parties,

17  and good cause appearing therefrom, adopts the stipulation of the parties in its entirety

18  as its order.  Based on the stipulation of the parties and the recitation of facts contained

19  therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial

20  proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.

21  In addition, the Court specifically finds that the failure to grant a continuance in this case

22  would deny defense counsel to this stipulation reasonable time necessary for effective

23  preparation, taking into account the exercise of due diligence.  The Court finds that the

24  ends of justice to be served by granting the requested continuance outweigh the best

25  interests of the public and the defendants in a speedy trial.

26  ///

27  ///

28  ///

1    The Court orders that the time from the date of the parties' stipulation, March 26,

2  2015, to and including May 7, 2015, shall be excluded from computation of time within

3  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to

4  18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense

5  counsel to prepare).  It is further ordered that the March 26, 2015, status conference

6  shall be continued until May 7, 2015, at 9:00 a.m.

7    **IT IS SO ORDERED**.

8  Dated:  March 26, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3