1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4  Email:  mhansen@criminal-defenses.com

5  Attorney for Defendant
   VALERI KALYUZHNYY
6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | No.  2:13-CR-00131-MCE
11 |         Plaintiff,               | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**
12 |     v.                           |
13 | VALERI KALYUZHNYY,               |
14 |         Defendant.               |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff,

18 and Michael E. Hansen, attorney for defendant Valeri Kalyuzhnyy, that the previously-

19 scheduled status conference date of May 8, 2015, be vacated and the matter set for

20 status conference on June 11, 2015 at 9:00 a.m.

21     This continuance is requested to allow the parties to continue plea negotiations.

22     The Government concurs with this request.

23     Further, the parties agree and stipulate the ends of justice served by the granting

24 of such a continuance outweigh the best interests of the public and the defendants in a

25 speedy trial and that time within which the trial of this case must be commenced under

26 the Speedy Trial Act should therefore be excluded under 18 U.S.C. section

27 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to

28 prepare), from the date of the parties' stipulation, May 6, 2015, to and including June 11,

2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 6, 2015            Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
VALERI KALYUZHNYY

Dated: May 6, 2015            BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
JARE DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

1	The Court orders that the time from the date of the parties' stipulation, May 6, 2015, to and including June 11, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the May 7, 2015, status conference shall be continued until June 11, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT