Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
VALERI KALYUZHNYY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALERI KALYUZHNYY,<br><br>　　　　　Defendant. | No.  2:13-CR-00131-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Valeri Kalyuzhnyy, that the previously-scheduled judgment and sentencing date of September 24, 2015, be vacated and the matter set for judgment and sentencing on November 5, 2015, at 9:00 a.m.

///
///
///
///
///
///
///
///

The Government concurs with this request.  Probation is not opposed to the request.

IT IS SO STIPULATED.

Dated:  September 21, 2015                             Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
VALERI KALYUZHNYY

Dated:  September 21, 2015                             BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is further ordered that the September 24, 2015, Sentencing shall be continued until November 5, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  September 24, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT