UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.  **RE:** **Valeri Kalyuzhnyy**
Senior United States District Judge         **Docket Number:  2:13CR00131-01**
Sacramento, California                             **REQUEST FOR EMPLOYMENT**
                                                                   **AUTHORIZATION**

Your Honor:

Valeri Kalyuzhnyy is requesting permission to continue employment with Uber Ridesharing Company (Uber) and Lyft Company (Lyft).   Valeri Kalyuzhnyy is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 5, 2015, Valeri Kalyuzhnyy was sentenced for the offense(s) of 18 U.S.C. § 1014, False Statement on a Loan Application.

**Sentence Imposed:**  24 months in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment.  Special Conditions include:  Search, Financial Restrictions, No Dissipation of Assets, and Financial Disclosure.

**RE: Valeri Kalyuzhnyy
Docket Number: 2:13CR00131-01
<u>REQUEST FOR EMPLOYMENT AUTHORIZATION</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated: November 19, 2018
Fresno, California
AG/dp

**REVIEWED BY:**  *Tim D. Mechem*
**Tim D. Mechem
Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**Dated: November 26, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE